004513

Order entered October 19, 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00265-CV

**BILL BROOKS, Appellant**

V.

**MARY MCDONALD, Appellee**

On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-11-08551-A

## ORDER

The Court has before it appellee's October 8, 2012 motion to dismiss for want of prosecution. The Court **ORDERS** appellant to file a response to the motion within ten days of the date of this order. If appellant does not do so, this appeal may be dismissed without further notice.

MOLLY FRANCIS
JUSTICE